**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
UNITED STATES OF AMERICA

**<u>ORDER</u>**

**24 MAG 1343 (JW)**

-against-

JOSE BALLENILLA

Defendant.
---------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held a hearing on November 6, 2024. The Court issues the following orders:

1.  Barry Weinstein is directed to review the Southern District of New York's Local Civil Rule 1.4. The rule states that an attorney "may be relieved or displaced only by order of the court." As the attorney of record, Weinstein is required to make all appearances until relieved. Although Weinstein sought withdrawal from this case, the Court had not yet granted his request, and Weinstein failed to appear at the November 6, 2024 hearing.

2.  Weinstein's request to withdraw is **GRANTED** given representations from the Defendant.

3.  The Court appoints Meredith Heller to the instant case.

4.  Weinstein is to supply a copy of their file for the instant case to Heller by **Friday November 8, 2024**.

SO ORDERED.

DATED:     New York, New York

November 6, 2024

JENNIFER E. WILLIS
United States Magistrate Judge